JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler,<br><br>      Plaintiff,<br><br>    v.<br><br>Percy Rentals LLC, a California Limited Liability Company; and Does 1-10,<br><br>      Defendants. | Case No.: 2:20-cv-07180-MWF-PVC<br><br>*Hon. Michael W. Fitzgerald*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: August 10, 2020<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's action against Defendant Percy Rentals LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  May 3, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge